**FILED**
CLERK, U.S. DISTRICT COURT

MAR 21 2022

CENTRAL DISTRICT OF CALIFORNIA
BY:_____RS_____ DEPUTY

Daniel Emerson Norton
FULL NAME

COMMITTED NAME (if different)
Honolulu FDC
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 30080
Honolulu, HI 96820
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Daniel Emerson Norton

PLAINTIFF,

v.

Mr. Gilliam, Mr. Barnes, Counselor Gonzalez, Nurse Singh, Warden Barron
DEFENDANT(S).

CASE NUMBER **5:22-CV-00516-PA-ADS**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

⬜ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner? ☒ Yes ⬜ No

2. If your answer to "1." is yes, how many? _____1_____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Denial of medical services filed in Martinsburg, West Virginia. Case number 3:21-CV-088. The case is pending and unrelated to this issue.

a. Parties to this previous lawsuit:
   Plaintiff   Daniel Emerson Norton

   Defendants   F.J. Bowers, D. Jones, Ms. Hoffman, Ms. Edgell, Christopher Meyers, Patrricia Corbin

b. Court   Martinsburg, West Virginia

c. Docket or case number   3:21-CV-088

d. Name of judge to whom case was assigned   Trumbull/Groh

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)   Pending

f. Issues raised:   Denial of medical services for a brain cyst that was diagnosed in May 2020 during hospitalization.

g. Approximate date of filing lawsuit:   May 2021

h. Approximate date of disposition   Pending

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not   I filed 46 electronic messages with staff over a period of 72 days requesting medical attention (see Exhibits A through TT). 14 of these electronic requests were for administrative remedy forms that were never provided by the staff of Victorville FCI.

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not   The process could never be started or completed without documentation. However, the Plaintiff is no longer at the institution.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff   Daniel Emerson Norton
(print plaintiff's name)

who presently resides at   Honolulu FDC, P.O. Box 30080, Honolulu, HI 96820    ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Victorville FCI (Medium II) Adelanto, California
(institution/city where violation occurred)

on (date or dates) <u>11/1/2021 - 1/17/2022</u> , _____

                      (Claim I)            (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   <u>Mr. Gilliam</u>         resides or works at
             (full name of first defendant)
             <u>Victorville FCI (Medium II)</u>
             (full address of first defendant)
             <u>Complex Health Services Director</u>
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>The Defendant was/is the Victorville FCI Complex Health Services Director and ultimately responsible for all departmental decisions.</u>

2. Defendant   <u>Mr. Barnes</u>         resides or works at
             (full name of first defendant)
             <u>Victorville FCI (Medium II)</u>
             (full address of first defendant)
             <u>Complex Health Services Assistant Director</u>
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>The Defendant was/is the Victorville FCI Complex Health Services Assistant Director</u>

3. Defendant   <u>Counselor Gonzalez</u>       resides or works at
             (full name of first defendant)
             <u>Victorville FCI (Medium II)</u>
             (full address of first defendant)
             <u>Unit Counselor</u>
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>The Defendant was/is the Victorville FCI Complex F Unit Counselor responsible for unit issues that include administrative remedies.</u>

4. Defendant  Nurse Singh _____ resides or works at
   <u>(full name of first defendant)</u>
   Victorville FCI (Medium II)
   <u>(full address of first defendant)</u>
   Nurse
   <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

The Defendant is the intake nurse at Victorville FCI responsible
providing medication to inmates when they arrive at the facility.

5. Defendant  Mr. Barron _____ resides or works at
   <u>(full name of first defendant)</u>
   Victorville FCI (Medium II)
   <u>(full address of first defendant)</u>
   Warden
   <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

The Defendant is/was the warden for Victorville FCI.

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

The Plaintiff was denied prescribed medication (Topamax) to prevent seizures. The Plaintiff was denied medical attention for an injured shoulder (an injury sustained while a passenger in a Bureau of Prisons vehicle) and the Plaintiff was denied the opportunity to pursue Bureau of Prisons remedies to address these issues.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On September 16, 2021, the Plaintiff                sustained a shoulder injury while being transported to a doctors appointment  by Bureau of Prisons staff. The Plaintiff was told that due to his transfer (October) treatment would have to wait. On October 29, 2021, the Plaintiff arrived at Victorville FCI. The Plaintiff was not transferred to Honolulu, Hawaii until  January 18, 2022 (81 days later). The Plaintiff was prescribed Topamax by his Morgantown based neurologist to prevent seizures due to a brain cyst. The Plaintiff did not recieve treatment for the injured shoulder in Victorville and suffered a great deal of pain. The Plaintiff was also denied medication on a regular basis. The following is a full summary of the communication between the Plaintiff and the Defendant's and the events that transpired:

October 29, 2021  The Plaintiff arrived at Victorville FCI and was received by intake Nurse Singh. The Plaintiff asked for treatment for

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

Supporting Facts Continued

his injured shoulder and his Topamax medication. He was denied both
by Nurse Singh. He was told by Nurse Singh that he would only be at
Victorville FCI for a week and would recive no treatment.

On October 31st, the Plaintiff started contacting Health Services
staff via electronic messages asking for medication and treatment
(see Exhibits A,B,C,D)

On November 10, 2021, the Plaintiff having received no response from
Health Services, contacted the Case Management Coordinator asking
for Bureau of Prisons administrative remedy paperwork (BP9's
and BP10'10) in order to properly address the issues (see Exhibit E).

On November 12, 2021, the CMC confirmed the Complex Health Service
Administrator's name and requested that I contact them directly.

On November 20, 2021, the Plaintiff contacted Mr. Gilliam the Complex
Health Director seeking medical attention (see Exhibit J). This was
the first of what would be 18 emails to Mr. Gilliam that would all
go unanswered and ignored.

On November 22, 2021, the Plaintiff sent an email to Counselor
Gonzalez requesting a conversation to discuss the COP OUTS (written
requests submitted by the Plaintiff) he submitted (see Exhibit K).
this was ignored.

On November 22, 2021, the Plaintiff sent an email to the CMC asking
for additional contacts as Mr. Barnes and Gilliam were ignoring his
attempts to to resolve his health services issues (see Exhibit L).

From November 25th through December 3rd, the Plaintiff continued
sending messages to Mr. Barnes and Mr. Gilliam that were ignored
(see Exhibits M,N,O).

From December 3rd through December 13th, the Plaintiff continued
seeking medicalattention sending emails to the CMC and Health Service
(see Exhibits P,Q,R)

December 20, 2021, the Plaintiff sent an email to the Unit Team
seeking administrative remedy forms to address medical issues (see
Exhibit S). This email was ignored.

December 23, 2021, having received no administrative remedy forms,
the Plaintiff sent emails to the CMC, Counselor Gonzalez and the Unit
(see Exhibits V,W).

December 24, 2021, after breifly supplying the Plaintiff with
Topamax, the Defendant's refused to supply the medication. The
Plaintiff sent an email to Mr. Barnes and Mr. Gilliam (see Exhibit X).
It was ignored.

Supporting Facts Continued

December 25, 2021, having not received medication for 3 days, the
Plaintiff, sent an email to Mr. Gilliam regarding his conversation
with Nurse Fields. Nurse Fields told the Plaintiff that he should
file a BP-8 and "what do you want me to do, poop the out my butt"
reffing to the Plaintiff's medication (see Exhibit Y).

From Decmeber 26,2021 - January 8, 2022, the Plaintiff sent daily
emails to Mr. Gilliam and Mr. Barnes making them aware that he
was not receiving medication. The Plaintiff was told specifically
to do this by THE BUREAU OF PRISONS WESTERN REGIONAL OFFICE IN
STOCKTON, CALIFORNIA. When the Plaintiff's brother (Jonathan Norton)
contacted the Bureau of Prisons office, he was told that the Plaintiff
should use the email system daily since he was being denied forms
and continue until received care. The Plaintiff sent 21 emails over
this period of time (see Exhibits Z through TT).

December 27, 2021, the Plaintiff sent the first of three emails to
Psychological Services in an attempt to obtain medication due to being
ignored by Health Services (see Exhibits BB, GG, JJ). All emails
were ignored.

December 29, 2021, the Plaintiff sent an email to Mr, Gilliam and
Mr. Barnes detailing an incident with Nurse Mecciche (see Exhibit
EE). The incident involved the nurse threatening inmates (including
the Plaintiff for asking for medication that they had not received.

January 4, 2022, the Plaintiff again sent an email to Counselor
Gonzalez asking for administrative remedy documents (ess Exhibit LL).
The email was ignored.

January 5, 2022, the Plaintiff sent and email to the warden (Mr. Barron)
discussing the issues that ranged from lack of medication to refusal
to provide administrative remedy documents (see Exhibit NN). This email
was ignored.

January 18, 2022, the Plaintiff was transferred to Hawaii having
received no medical treatment for his shoulder. For the 81 days that
the Plaintiff suffered at the hands of Victorville FCI deprived of
Topamax he suffered from dizziness, severe headaches and nausea as
documented by the emails sent to Health Services at Victorville FCI.

March 1, 2022, maving yet to receive care for the injured shoulder,
but in the process to receive it, the Bureau of Prisons Honolulu FDC
Unit Manager issued an Informal Resolution which confirms several of
the aforementioned facts: "chronic headaches requring Topamax" and
injured right shoulder (see Exhibit UU).

Each Defendant actively contributed to the Plaintiff's suffering by
denying him medication and medical attention as required by law and
Bureau of Prisons policy.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

$250,000.00 for pain and suffering due to deliberate indifference.

March 4, 2022

*(Date)*

*(Signature of Plaintiff)*

EXHIBIT A

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

---------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units E and F
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/01/2021 03:25:42 PM

To: Unit Manager / Counselor
Inmate Work Assignment: None

I arrived on Friday October 29, 2021 on my way to FDC Honolulu. I did not receive all of the medication that I have been prescribed by the institution (FCI Morgantown) that I left. I was told by Ms. Singh in medical service (here) that I would only be here less than a week and that I would have to take that up with the destination institution. I realize that it has been only 4 days, but I am concerned that my stay will be longer than the week she suggested. I have sent a message to Health Services which has not been responded to.

Please let me know how I can get the medication and medical attention that I need.

Thank you.

Daniel Norton

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 10/31/2021 01:09:36 PM

To: Health Services
Inmate Work Assignment: None

Heath Services-

I was told by Health Services (Ms. Singh) that I would need to wait until I arrive at my designated facility to receive medicine that was somehow not on the list of medications that I was given here. If I am only here for a short period of time that should not be an issue. However, I have no idea when I will be transported to Honolulu, Hawaii. I would like to see someone in Health Services to review my medical record and medications.

Also, while being transported by automobile to a doctors appointment by FCI Morgantown staff on or about September 16, 2021, I sustained an injury to my right shoulder. I was told that I should also address that at my next destination. I am in pain and need to be seen by Health Services.

Thank you

Daniel Norton

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

-------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/02/2021 01:09:12 PM

To: Health Services
Inmate Work Assignment: Health Services

The nurse was in our unit this morning, but I did not receive my morning medication. Can you please bring it this afternoon?

Thank you.

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units E and F
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/02/2021 01:33:43 PM

To: Unit Mananger
Inmate Work Assignment: None

Unit Manager-

I have put in a COP-Out and sent three messages to Health Services which have not been responded to. I did not receive my medication today from pill line. I communicated this to the CO on duty and he suggested that I wait until this evening to discuss it with the nurse. According to my neurologist the medication is essential and must be taken without fail. Can you please send the nurse back to the unit with the medication?

Daniel Norton

EXHIBIT C

## TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

---------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II CMC
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/10/2021 08:51:15 AM

To: CMC
Inmate Work Assignment: None

CMC-

I received your response, thank you. Unfortunately all unit staff (including the Unit manager and Counselor) are ignoring all inmate electronic requests and COP-OUTs. I started submitting COP OUTS on November 1st. Since that time I have submitted 7 electronic requests and 6 paper COP OUT, none of which have been responded to.

The counselor (Gonzalez) left the unit yesterday and did not return. This morning he left the unit at 8 AM and he that he "may" return.

I have significant medical issues and have been denied medication. I have been denied access to the law library computer which is my Constitutional Right. I have requested BP-9's and 10's to report this actions to the Regional Office. All of this is being ignored. Both my family and my attorney have contacted the Regional Office and they have encouraged me to keep a record of each COP OUT and request for when "my case is heard". They rightfully expect that the willful medical deliberate indifference and denial of my 1st and 8th Amendment Rights will result in a federal suit.

I am not asking for anything that is not provided at Oklahoma City (FTC) to any inmate as our Constitutional Right. I believe as CMC you serve in a supervisory role to the Counselor of this unit. As such, could you please contact Counselor Gonzalez and ask him to address these concerns? At the very least, can I get the necessary documents (BP-9 and 10) that I need to exhaust my administrative remedies and proceed with a Biven's Action or file a 2241 in federal court?

Thank you

Daniel Norton

EXHIBIT F

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

------------------------------------------------------------------------------------------------------------------------

FROM: FCI-II CMC
TO: 90201053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/10/2021 10:27:03 AM

Unfortunately the CMC is not in the line of supervision for Unit Team (Counselor). The line of supervision is Case Manager/Counselor/ Secretary, Unit Manager and then Associate Warden. Your concerns with the Unit Team would need to be addressed to their supervisor Acting Unit Manager Mr. Gomez. If you feel the Unit Manager is not addressing your needs the correct line of supervision would be the Associate Warden. With Medical please address your concern regarding treatment to Mr. Barnes.

>>> ~^!"NORTON, ~^!DANIEL EMERSON" <90201053@inmatemessage.com> 11/10/2021 8:51 AM >>>
To: CMC
Inmate Work Assignment: None

CMC-

I received your response, thank you. Unfortunately all unit staff (including the Unit manager and Counselor) are ignoring all inmate electronic requests and COP-OUTs. I started submitting COP OUTS on November 1st. Since that time I have submitted 7 electronic requests and 6 paper COP OUT, none of which have been responded to.

The counselor (Gonzalez) left the unit yesterday and did not return. This morning he left the unit at 8 AM and he that he "may" return.

I have significant medical issues and have been denied medication. I have been denied access to the law library computer which is my Constitutional Right. I have requested BP-9's and 10's to report this actions to the Regional Office. All of this is being ignored. Both my family and my attorney have contacted the Regional Office and they have encouraged me to keep a record of each COP OUT and request for when "my case is heard". They rightfully expect that the willful medical deliberate indifference and denial of my 1st and 8th Amendment Rights will result in a federal suit.

I am not asking for anything that is not provided at Oklahoma City (FTC) to any inmate as our Constitutional Right. I believe as CMC you serve in a supervisory role to the Counselor of this unit. As such, could you please contact Counselor Gonzalez and ask him to address these concerns? At the very least, can I get the necessary documents (BP-9 and 10) that I need to exhaust my administrative remedies and proceed with a Biven's Action or file a 2241 in federal court?

Thank you

Daniel Norton

EXHIBIT C

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/12/2021 10:38:30 AM

To: Health Services / Sick Call
Inmate Work Assignment: None

I have submitted a number of requests to be seen for a shoulder injury that I suffered in September. The pain is excruciating. Can you please arrange for me to be seen?

EXHIBIT 11

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

-------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/17/2021 08:44:46 AM

To: Mr. Barnes
Inmate Work Assignment: None

Mr. Barnes-

I was directed to you by the CMC regarding an issue that I am having with Health Services. Last night I submitted my 7th COP OUT for sick call/ health services for a shoulder injury. I was told (by Mr. Singh) when I arrived here in Victorville that I would only be here one week and that issue would have to be dealt with at my destination facility. What she told me is contrary to what my attorney and family have been told by the Western Regional Office in Stockton as BOP policy for justifying the denial of medical treatment. Specifically, what they were told is to continue to send COP OUTS and document every denial of treatment as they will be needed "when your case is heard".

When I gave the COP OUT to the nurse at pill line last night I was told by her that "I should have check you in. I would have told you that unless it is life or death, you will get no treatment". I am sure that you must know that this is a violation of my 8th Amendment rights and constitutes Willful Medical Deliberate Indifference.

On or about September 16, 2021, while being transported (shackled and not seat belted by BOP staff) via BOP vehicle from FCI Morgantown to an appointment in Morgantown, West Virginia, the vehicle stopped abruptly and I was thrown against the front seats and suffered what their Health Services determined was a dislocated shoulder and possible labrum tear. This has caused me considerable pain and has only gotten worse. I need medical treatment.

I have already been at this facility nearly 3 weeks and according to Counselor Gonzalez, I could be here until next year. That being the case, there is no reason why I should continue to suffer without care.

Therefore, I request that I be seen at this facility or sent out for treatment. I am a minimum security inmate with a score of 3 and have been out on at least 5 medical furloughs. There are no security or custodial issues that should delay treatment.

Thank you.

Daniel Norton

EXHIBIT I

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

----------------------------------------------------------------------------------------------------

FROM: FCI-II CMC
TO: 90201053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/18/2021 06:53:05 AM

Mr. Barnes is the Assistant Health Service Administrator
Mr. Gilliam is the Complex Health Service Administrator

>>> ~^!"NORTON, ~^!DANIEL EMERSON" <90201053@inmatemessage.com> 11/17/2021 9:57 AM >>>
To: CMC
Inmate Work Assignment: None

CMC-

I received your message, thank you. Can you please tell me what is Mr. Barnes capacity at this facility?

Thank you.

Daniel Norton

EXHIBIT U

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/20/2021 08:57:56 AM

To: Mr. Gilliam
Inmate Work Assignment: none

Mr. Gilliam-

I was given your name by the CMC as the Complex Health Director. I have submitted numerous sick call requests, COP OUTS, and requests to staff for medical services, all have been ignored. I have also submitted a BP-9 and a BP-10 (to the Regional Office) for the same. I suffered a shoulder injury while being transferred (by car) to a doctor's appointment in September. The pain is excruciating. Yesterday while getting up from my bunk, my shoulder brushed against the bed railing and I nearly passed out from the pain. This was witnessed by my cell-mate.

I am currently on three pain medications and I do not want more medication. I need to get an x-ray to confirm the preliminary diagnosis of the staff of the facility that I left in October and get treatment. I was told on arrival (by Ms. Singh) that I would only be here for a week and that medical treatment would have to wait. I have been here for more than 3 weeks and I understand I could be here until next year.

Can you please make arrangements for me to be seen by a doctor and get proper treatment for this injury?

Thank you.

Daniel Norton

EXHIBIT K

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units E and F
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/22/2021 10:53:34 AM

To: Counselor Gonzalez
Inmate Work Assignment: None

I tried to see you during our our time this morning. Can you please come to my cell to discuss the COP OUTS and Request to Staff that I have submitted?

Thank you

Daniel Norton

EXHIBIT L

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II CMC
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/22/2021 10:58:40 AM

To: CMC
Inmate Work Assignment: None

CMC-

I have tried to contact the individuals (Mr. Barnes and Mr. Gilliam) that you mentioned and no one has responded. Neither has anyone from the E/F Unit (Counselor/Unit Manager/Case Manager/Unit Secretary, Etc). Who else can I contact in order to get a response from Health Services? Should I contact the warden or SIS? Denying medical services without any explanation is a violation of my rights. I cannot imagine how this conforms with Bureau of Prisons policy.

Thank you

Daniel Norton

EXHIBIT M

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/25/2021 03:27:27 PM

To: Mr. Gilliam
Inmate Work Assignment: None

Mr. Gilliam-

Per the Bureau of Prison's Western Regional Office recommendation, I am again requesting medical attention for the shoulder injury that I suffered at the hands of BOP staff. Please arrange for medical treatment as soon as possible.

Thank you

Daniel Norton

EXHIBIT N

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 11/25/2021 03:29:54 PM

To: Mr. Barnes
Inmate Work Assignment: None

Mr. Barnes-

Per the Bureau of Prison's Western Regional Office recommendation, I am once again requesting medical attention for the shoulder injury that I suffered at the hands of BOP staff. Please arrange for medical treatment as soon as possible.

Thank you.

Daniel Norton

EXHIBIT O

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 12/03/2021 09:57:43 AM

To: Mr. Gilliam
Inmate Work Assignment: None

Mr. Gilliam-

I have sent you at least 3 requests for medical services along with at least a dozen requests to your department. Can you at least give me the courtesy of responding to my requests with the reasoning for denying me care?

Thank you

Daniel Norton

EXHIBIT P

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

--------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II CMC
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-F-U
DATE: 12/03/2021 10:02:03 AM

To: CMC
Inmate Work Assignment: None

CMC-

I have continued to submit requests for sick call and health services in the form of COP OUTS, a BP-8 a BP-9 and requests to staff (email). Absolutely none have been answered. The unit manager has not been on the floor once since I arrived in building F in October. The case manager has been here ONLY once.

Can you please, PLEASE, tell me who I need to contact to get my injured shoulder examined by health services?

Thank you

Daniel Norton

EXHIBIT Q

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: OKL-C-D

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, OKL-C-D
DATE: 12/10/2021 05:17:37 PM

To: Health Services
Inmate Work Assignment: None

Health Services-

I just spent 6 weeks at Victorville holdover after being sent there in October from this facility. My destination in Honolulu, Hawaii, but for some reason I was returned here. When I was here in October, I submitted a COP OUT seeking medical care for a shoulder injury that I suffered at the hands of BOP staff while being transferred to a doctors appointment in September 2021. I was told that I would not be here long enough to get care.

When I arrived in Victorville, I was told the same thing, but after contacting the Western Regional Office and waiting 6 weeks, I was told one day before I was returned here that I would receive care. No that I am back here in Oklahoma, I am once again requesting medical attention.

My right shoulder is dislocated and I am in a great deal of pain. I have waited months to be seen and I have no idea when or if I will ever make it to Hawaii. Please make arrangements for me to be seen by a doctor.

Thank you

Daniel Norton

EXHIBIT K

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 90201053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/13/2021 06:32:02 AM

Sign up for medical sick call on your designated day.

>>> ~^!"NORTON, ~^!DANIEL EMERSON" <90201053@inmatemessage.com> 12/10/2021 5:17 PM >>>
To: Health Services
Inmate Work Assignment: None

Health Services-

I just spent 6 weeks at Victorville holdover after being sent there in October from this facility. My destination in Honolulu, Hawaii, but for some reason I was returned here. When I was here in October, I submitted a COP OUT seeking medical care for a shoulder injury that I suffered at the hands of BOP staff while being transferred to a doctors appointment in September 2021. I was told that I would not be here long enough to get care.

When I arrived in Victorville, I was told the same thing, but after contacting the Western Regional Office and waiting 6 weeks, I was told one day before I was returned here that I would receive care. No that I am back here in Oklahoma, I am once again requesting medical attention.

My right shoulder is dislocated and I am in a great deal of pain. I have waited months to be seen and I have no idea when or if I will ever make it to Hawaii. Please make arrangements for me to be seen by a doctor.

Thank you

Daniel Norton

EXHIBIT 3

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units A and B
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/20/2021 02:13:23 PM

To: Unit Team
Inmate Work Assignment: None

Unit Team-

Can you please provide me with a BP-8, BP-9 and a BP-10?

Thank you

Daniel Norton

EXHIBIT 1

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units A and B
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/20/2021 02:20:05 PM

To: Unit Team
Inmate Work Assignment: None

Unit Team-

Contrary to Bureau of Prison Policy Statements, inmates in Unit A Upper have been denied clean clothing, shower shoes and basic hygiene items since our arrival on December 16, 2021. The denial of these items constitutes a violation of my 8th Amendment rights protecting against cruel and unusual punishment.

We are also being denied access to the law library which I am sure you are aware is yet another violation of Bureau of Prison Policy Statements.

I asked that these basic items be provided immediately.

Thank you

Daniel Norton

EXHIBIT C

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/22/2021 09:09:42 AM

To: Mr. Gilliam
Inmate Work Assignment: None

Mr. Gilliam-

On Monday I sent you another request for medical services based on my requests that date back to October. Could you please respond to that request?

Thank you.

Daniel Norton

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units A and B
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/23/2021 10:26:04 AM

To: Counselor / Unit Team
Inmate Work Assignment: None

Counselor / Unit Team

I was told that the Counselor would be in the unit this week, that has not happened. I need a BP-8, BP-9, and a BP-10 to pursue administrative remedies as is my right under Bureau of Prisons Policy Statements which I requested on December 21, 2021 via electronic request to staff. Courts throughout the country have roundly ruled that inmates have a Constitutional Right (1st Amendment) to pursue such remedies.

Therefore, I am again requesting these forms.

Thank you.

Daniel Norton

Exhibit W

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II CMC
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/23/2021 10:31:11 AM

To: CMC
Inmate Work Assignment: None

CMC-

I have exchanged requests with you for medical attention over the past 2 months (since October). I have sent two more requests to Mr. Gilliam this week that have been ignored. I have also sent requests to the Unit Team and Unit Manager for a BP -8, BP-9 and BP-10 to pursue administrative remedies as is my right per Bureau of Prisons Policy Statements. These requests have also been ignored.

Can you please help me get these forms or direct me to administrative staff that is less likely to ignore inmate's requests?

Thank you

Daniel Norton

Exhibit X

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/24/2021 12:50:46 PM

To: Health Service Mr. Gilliam and Mr. barnes
Inmate Work Assignment: None

I have been out of my medication for 2 days. I filled out the proper form several days ago and have not received refills. Also, my additional pills were not given to me when Ms. Fields came through pill line last night. She said she was out of those as well. Can you please sort this out?

Thank you

Daniel Norton

Exhibit 7

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

-------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/25/2021 05:52:56 PM

To: Mr. Gilliam
Inmate Work Assignment: None

Mr. Gilliam-

On December 23rd and 24th I was denied my pill line medication (Topamax) by nurse Ms. Fields. According to Ms. Fields, the pharmacy is to blame for this lack of medication along with my other 5 medications that have not been refilled. Ms. Fields response to the situation was "what do you want me to do, poop them out of my butt?".

Ms. Fields also suggested that I write up a BP-8. This is convenient considering that we do not have a single unit team staff member in the unit and I cannot obtain a BP-8, BP-9 or a BP-10.

I am asking you again to please rectify this situation with my medication.

Thank you

Daniel Norton

EXHIBIT Z

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/26/2021 11:35:22 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Per the direction of the Regional Office in Stockton, I am continuing to document the issues that I am having with Health Services to you in the hope that these issues will be resolved.

This morning I was once again denied my pill line medication by your staff. This time the nurse said that Health Services was "1000 scripts behind". I asked for a COP OUT and a BP-8 from the nurse and CO M. Cisneros and was told they were not a available. I requested to speak to a lieutenant and was told that one would not be called.

No explanation for the failure to refill my 5 carry prescriptions and my pill line prescription was offered, nor was a date given for when they would be filled.

I AM NOW SUFFERING THE SYMPTOMS THAT THE MEDICATION WAS INTENDED TO PREVENT. THOSE ARE: DIZZINESS, SEVERE HEADACHE AND NAUSEA.

There are no administrative remedy documents available to inmates in this unit, so sending these requests is all I can do at the moment.

Please resolve this issue with the medication before my symptoms worsen.

Thank you

Daniel Norton

Exhibit AA

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/27/2021 08:26:54 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

I spoke to Ms. Fields (nurse) yesterday evening and she told me that not only would I not have my medication last night, it is
unlikely I will get it today. How is it that nothing can be done to rectify this problem? I have been told that the medication is in the
facility by staff, but not being brought to the unit. Nurse Mecchie (sp?) told me and my cell mate on the 23rd that the medicine
was in and she was working on getting it to the unit.

Please resolve this problem.

Thank you

Daniel Norton

Exhibit BB

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Psychology Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/27/2021 08:31:58 AM

To: Psychology
Inmate Work Assignment: None

I have been waiting for 5 days for my carry medication (5 prescriptions) to be refilled and I have not received my anti-seizure medication through pill line for the same number of days. As a result I am suffering from anxiety, dizziness, nausea and headaches. I realize that this may not be a specific issue for Psychology, but Mr. Barnes, Mr. Gilliam and the entire Health Services Department is ignoring my Requests to Staff and there are no COP OUTS available in A building.

Can you please tell me what what can be done to rectify this problem? Who can we speak to to get our medication?

Thank you

Daniel Norton

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

---------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/28/2021 12:46:35 PM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today is the sixth consecutive day that Health Services has failed to bring me my pill line medication. According to nurse
Mecchie (sp?) the medication is not available and she has no idea when I will get it.

I have been sending you requests daily per the BOP's Regional Office and I have not received a single response. Why is that?

Please respond.

Daniel Norton

EXHIBIT DB

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/29/2021 10:36:33 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes-

Today marks the 7th day that I have been without my essential pill line medication. As I have already stated, I am suffering from
HEADACHES, NAUSEA AND DIZZINESS as a result of being denied my medication.

Please let me know what is happening with my medication.

Thank you

Daniel Norton

EXHIBIT CC

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/29/2021 11:10:03 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

At 10:35 this morning Nurse Mecciche passed out pill line in our unit. I respectfully approached her while our cells were out and asked if she had my medication. She was in the unit with Lieutenant Chandler at her side. Nurse Mecciche told me that if I asked her again for my medication that I would get a shot for stalking. She also admitted in the lieutenant's presence that she was selling my medication. This was overheard by multiple inmates as well as the lieutenant.

Had my approach to the nurse been inappropriate, Lieutenant Chandler most certainly would have spoke up, but he remained silent. Another disturbing aspect of her visit to our unit was that multiple inmates asked about their medicine and were not threatened. However, the 3 white inmates that asked about their medication were threatened. This fact and the admission that your staff is selling inmates medication will be passed on to the Regional Office, my attorney, SIS and the media.

Please address this issue.

Thank you.

Daniel Norton

EXHIBIT FF

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/30/2021 08:09:57 AM

To: Mr. Barnes / Mr. Gilliam
Inmate Work Assignment: None

Mr. Barnes / Mr. Gilliam

Per "Tino" at the Stockton Regional Office, I am continuing to send Request to Staff to get my pill line medication. This is the 8th day that I have not received my medication and I continue to suffer from DIZZINESS, HEADACHES AND NAUSEA.

EXHIBIT GG

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Psychology Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 12/30/2021 09:09:49 AM

To: Psychology
Inmate Work Assignment: None

For the past 8 days I have been without my pill line anti-seizure medication. Yesterday, I asked Nurse Meechie (sp?) if it had
arrived. She told me that if I asked again I would be given a shot for stalking. She also told me that she was selling my
medication. This was witnessed by Lt. Chandler. She made the exact same threat to two other WHITE inmates. The three of us
were the only white inmates to ask about medication. I have spoken to other non-white inmates and was that they were NOT
threatened.

Can you tell me who I need to contact about this incident?

Thank you

Daniel Norton

EXHIBIT H14

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

-------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/01/2022 01:14:02 PM

To: Mr. Barnes / Mr. Gilliam
Inmate Work Assignment: None

Today marks the 10th day that I have been without my medication. Again, I am suffering from headaches, nausea and dizziness as a result of being refused my medication.

Daniel Norton

EXHIBIT II

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/03/2022 08:52:31 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today marks the 12th day that I have been refused my medication. Can you please tell me when I will start getting it?

Thank you.

Daniel Norton

EXHIBIT JJ

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

---------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Psychology Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/03/2022 08:56:58 AM

To: Psychology
Inmate Work Assignment: None

More than a week ago a person from your department came through our unit and took names of inmates that had not received their medication.  I still have not received my essential anti-seizure medication from pill line. It has been 12 days. Can you please tell me who I need to speak to to get my medication? I have sent COP OUTS, had my family call the Regional Office in Stockton, and sent requests to staff (Gilliam and Barnes), all have been ignored.

Thank you.

Daniel Norton

EXHIBIT KK

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

----------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/04/2022 08:12:52 AM

To: Mr. Barnes / Mr. Gilliam
Inmate Work Assignment: None

Mr. Barnes / Mr. Gilliam-

Today is the 13th day that I have gone without my medication. It is also the 13th day that my messages to you have gone
unanswered.

Please let me know when I will get my medication.

Thank you.

Daniel Norton

EXHIBIT LL

TRULINCS 90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units A and B
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/04/2022 08:15:05 AM

To: Counselor
Inmate Work Assignment: None

Counselor-

Last Wednesday I asked for you for a BP-8 and a BP-10 while you were at my cell (A325). I still have not received these administrative remedies. Please let me know when I will received them.

Thank you.

Daniel Norton

EXHIBIT MM

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

-----------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/05/2022 12:13:51 PM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today represents the 14th day that I have been refused my essential medication. I am sure that I do not need to remind you that this is the very definition of "willful medical deliberate indifference" as defined by federal courts around the country. Furthermore, I am sure that I don't need to remind you that this is against BOP policy and, frankly, illegal.

Daniel Norton

EXHIBIT NN

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

---------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: Business Office
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/05/2022 01:03:11 PM

To: Warden, etc.
Inmate Work Assignment: None

Warden Barron-

I have been without my essential pill line medication for 14 days. The medication in question is Topamax prescribed by my neorologist to prevent seizures. My family has contacted the regional office in Stockton and was told that I should contact ("write up") Health Services on a daily basis. I have done that through requests to staff to Mr. Barnes and Mr. Gilliam. ALL HAVE BEEN IGNORED. Additionally, I have been denied administrative remedy documents (BP-8, BP-9 and BP-10's) by unit staff and the unit CO's. There are also no COP OUT forms on our unit (A Upper). Other than the counselor coming in one day a week (Wednesdays), no unit staff has visit out building.

I have also sent messages to SIS, Psychology and the CMC, all have been ignored. I have been unable to file motions (2241, Biven's Action) with the federal court as stamps have been denied us until just yesterday.

Can you please help me resolve this issue? There are so many other issues (no clean clothing, limited hygiene items, NO ACCESS TO THE LAW LIBRARY and no shower shoes) with this unit, but the most pressing for me is the medication. I am experiencing severe headaches, nausea and dizziness as a result of being denied my medication.

Thank you.

Daniel Norton

EXHIBIT  OO

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/06/2022 10:50:14 AM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today marks the 15th day that I have been refused my medication. I continue to suffer severe headaches, dizziness and nausea as a result of being denied my medication.

Daniel Norton

EXHIBIT PP

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------

FROM: FCI-II CMC
TO: 90201053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/06/2022 01:47:02 PM

Please address your concerns to VVM-InmateToUnitAB Unit Manager, Mrs. Andrews, as she has oversight of A/B Unit and A/B Unit Team.

>>> ~^!"NORTON, ~^!DANIEL EMERSON" <90201053@inmatemessage.com> 1/6/2022 10:54 AM >>>
To: CMC
Inmate Work Assignment: None

CMC-

I have been requesting BP-8 forms from Counselor Goodrich for more than two weeks. Yesterday he told me again that he would give them to me, but he hasn't. At this point I believe that the denial of administrative remedy forms is deliberate. This is against BOP policy and is being done to mask the issues in our unit (building A Upper).

Could you please assist me in getting the forms that I need?

Thank you

Daniel Norton

EXHIBIT QQ

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Units A and B
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/07/2022 01:54:12 PM

To: Mrs. Andrews
Inmate Work Assignment: None

Mrs. Andrews

I was given your name by the CMC. Can you please provide me with administrative remedy forms? I need 3 BP-8's and 1 BP-9. Although I have asked Mr. Goodrich for the forms several times, he has not given them to me.

Thank you

Daniel Norton

Exhibit RR

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/07/2022 01:56:13 PM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today marks the 16th day that I have been denied my essential medication. Why is this continuing?

Daniel Norton

EXHIBIT  33

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II Health Services
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/08/2022 06:39:43 PM

To: Mr. Gilliam / Mr. Barnes
Inmate Work Assignment: None

Mr. Gilliam / Mr. Barnes

Today marks the 17th day that your department has refused to supply me with the medication that was prescribed by my neurologist.

I will continue to do as instructed by the Bureau of Prison's Western Regional Office and "write up" Health Services daily.

Daniel Norton

TRULINCS  90201053 - NORTON, DANIEL EMERSON - Unit: HON-E-B

--------------------------------------------------------------------------------------------------------------

FROM: 90201053
TO: FCI-II CMC
SUBJECT: ***Request to Staff*** NORTON, DANIEL, Reg# 90201053, VVM-A-U
DATE: 01/11/2022 12:45:33 PM

To: CMC
Inmate Work Assignment: None

CMC-

Per your direction, on 1/6/2022 I sent an Request to Staff to the unit manager requesting administrative remedy forms (BP-8's
and BP-9's). That message has been ignored like all the others. I have been making the same request for 4 weeks and I still am
being denied these forms. Is it possible that the denial of these forms to inmates is coming from the warden? There are at least
5 other inmates here that have requested forms and have been denied. Also, not a single person from the unit team has been in
A Upper since last week. Furthermore, other than 4 visits from Counselor Goodrich, no one has been here for 4 weeks.

Can I please get some help with this? Could someone from your office give the forms to a CO to bring to the unit?

Thank you

Daniel Norton

NORTON, Daniel
Reg. No.:  90201-053
5A
Page 1

---

### Informal Resolution Cont'd

This is in response to your Request for Informal Resolution in which
you request medical treatment.

The following information was provided Health Services staff.  You
were seen on January 18, 2022, and a request for consultation was
submitted with a target date in March.

Neurology Reason for Request: Follow-up with Neurology following
transfer to FDC HON from California for vertigo, chronic headaches
requiring Topamax and Propranolol. Unclear etiology following MRI
brain, CH head, hospital admission, and unclear mention of
subarachnoid cyst. Inmate transferred prior to Neurology follow-up
previously scheduled. Additional Records Required for Consultation:
Complete Record

Orthopedic Surgery, Other, NOS Reason for Request: Concerning injury
MOI right shoulder dominant side remote possible dislocation from
MVA with chronic pain, decreased ROM abduction, weakness right arm,
hypoesthesia right 4-5th digits subjective. Cannot exclude possible
partial rotator cuff tear. Additional Records Required for
Consultation: Complete Record

Your request for informal resolution is resolved.  If you are
dissatisfied with this response, you may see your Correctional
Counselor for a BP-9.

3-1-22
Date

K. Robl, Unit Manager

Daniel Norton
Reg No. 90201-053
FDC Honolulu
P.O Box 30080
Honolulu, Hi 96820

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY
MAR 2 1 2022
CLERK, U.S. DISTRICT COURT
RECEIVED

Legal Mail



United States District Court
Central District of California
255 East Temple St., Ste TS-134
Los Angeles, California 90012

ATTN: Pro Se Clerk

Legal Mail

