UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:22-00516 WLH (ADS)                                     Date:  July 14, 2023

Title:  *Daniel Emerson Norton v. Gilliam et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):  
None Present

Attorney(s) Present for Defendant(s):  
None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On March 21, 2022, plaintiff Daniel Emerson Norton ("Plaintiff"), a federal prisoner, filed a Civil Rights Complaint ("Complaint) under 42 U.S.C. § 1983. (Dkt. No. 1.)  On May 5, 2023, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to elect among three options by no later than June 2, 2023. (Dkt. No. 13.)  As of the date of this order, the Court has not received Plaintiff's election or any response to the Order Dismissing Complaint with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  <u>Plaintiff must file a written response by no later than **July 28, 2023**</u>.  Plaintiff may respond to this Order to Show Cause by choosing from one of the three options the Court presented.

Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>