JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EMERSON NORTON,<br><br>          Plaintiff,<br><br>     v.<br><br>GILLIAM, et al.,<br><br>          Defendants. | Case No. 5:22-00516 WLH (ADS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Obey Court Orders, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: September 13, 2023

_____
HON. WESLEY L. HSU
United States District Judge